Morgan Chase Bank, N.A. v. Robinson You'll have an opportunity to make the model. Thank you. Thank you. Mr. Lieberman, you may proceed. You have five minutes. Yes. Good afternoon, Your Honor. Good afternoon. I represent Monica Scherzit, who is the current owner of this property, the current owner of the property for eight and a half years. I've listened to what the appellate has talked about regarding the affidavit, and I absolutely disagree. The affidavit clearly gives options in this regard. Appointed by the court, or is a special process, server, license, a private, detective, or an employee of provence. It goes down the line. It does not say he's appointed by court, period. So, as a person looking at that affidavit, they would have to make additional inquiry. They're saying they'd have to know if the employment status, correct. And in order to do that, you'd have to go to a website of the Illinois Department of Professional Regulation, which is not part of this record. And the appellate is arguing and asking courts to take judicial notice. Well, judicial notice could be orders and pleadings. Certainly not sitemaps, zip code zones, and websites. Well, it's, I have a problem with the idea that we have to take, that we can take judicial notice of things that are supposed to be on the face of a document. We can take judicial notice of things that might or should have been on the document, but that doesn't mean that because it's not on the document, we know that it should have been on the document, but it's not. So, taking judicial notice of something that is supposed to be on the face of something means that you really don't have to worry about the face anymore. All you have to do is take judicial notice of a fact that isn't on the face that supposedly establishes that it's a completely void order as to BFPs. Which means it's not apparent on the face of the record. It means that this surgeon is a bona fide purchaser under 1401E. Did Catherine Zinoff write a decision relative to a similar case? Judge, Your Honor, I apologize. I believe there is a... That's okay. I go by either one. There is a, I believe, unpublished opinion regarding case facts that are much different than this. In that case, there was a petition to quash in the foreclosure proceeding. It was denied. The foreclosure went forward to judgment, to sale, to order approving, and then there was an appeal taken up, and part of that appeal was the petition to quash, and there was a third-party purchaser at sale. So I believe there was an opinion that indicated, and I think it was regarding mootness under Supreme Court Rule 305K, and related to a suburban city. It didn't relate to the city of Chicago, correct? Your Honor, I'm not sure. I don't want to be disingenuous. Regardless, this is really quite a simple matter. As far as your client is concerned? As far as my client is concerned. My client, she is part of this community for 8 1⁄2 years. She's lived in this townhome for 8 1⁄2 years, paid taxes for 8 1⁄2 years. If you look at the record, and you look at the affidavit, it says that Mr. Robinson was served by substitute service. That's what the record shows. That's what it says. To now come back 11 1⁄2, 12 years after that judgment, and make a jurisdictional argument, I've been practicing law long enough. Jurisdiction, jurisdiction, jurisdiction. Again, I'm not trying to move this Court away from well-settled law. But there are exceptions. And if you take it to the next step, if Ms. Scherzack is in trial court, and I firmly believe is a bona fide purchaser, the defect was not apparent on the face of the record, I don't believe that a foreclosure plaintiff can foreclose anymore. My client's interest is superior from anybody else's, period. I don't know how you can go back. And that's what makes this so difficult. This is 12 years and 8 1⁄2 years. Any other questions? Thank you. Ms. Campbell? Thank you. You'll have three minutes. I hope you're a speed talker. You may proceed. My name is Catherine Campbell, and I represent Mortgage Electronic Registration Systems, also known as MERS in this matter. MERS is a mortgagee for the current homeowner's mortgage. As such, MERS was not a party to the underlying foreclosure. MERS contends that the trial court's order should be affirmed for all the reasons set forth in its briefing. Specifically, MERS contends it is entitled to bona fide purchaser status, protecting it from defendant's claims, and that the doctrine of adverse possession provides an alternative basis for this court to affirm the trial court's order. Much like the current homeowners, MERS is entitled to the bona fide purchaser protections of Section 214.01e. MERS was not a party to the underlying foreclosure action, and the defect was not apparent on the face of the record proper. The goal of Section 214.01e is to protect bona fide purchasers for value, and Illinois has a longstanding policy of protecting bona fide purchasers. Counsel's point is, if you just look at the first words about appointed, that somebody should go into that record, it is on notice that they should now go paging through a paper record to look for an appointment order. Do we have anything that's, do you have any authority that says that they don't have to do that? Your Honor, I believe that this case is on point with this court's decision in Rahman. In that case, the court found that the defect is not apparent on the face of the record proper, much like here. In order for it to be, in order for the defect to be apparent on the face of the record proper, there needed to be some sort of indication that this person was being served in Cook County, and that it was not being done by a special process server appointed by the court. And I wholly disagree with counsel's assertion that it is apparent on the face of the record proper. Well, does it have any, do we have any other problems that this is like the third party removed from the original proceedings? Because we have another purchaser in the middle, I think, don't we, to this property? And then we have Ms. Serzak. So, I mean, is she supposed to go back and ask the trial court for a copy of the record? That would be unreasonable. Much like the current homeowner, MERS is entitled to bona fide purchaser status as a mortgagee. The law measures bona fide purchasers and mortgagees under the same standards. MERS' mortgage was supported by consideration and taken in good faith without any notice of defect. Therefore, MERS is entitled to those bona fide purchaser protections, the same as the current homeowner is. And so, what is it that you want protection? You want protection for your lien priority, is that it? Your Honor, MERS, as the mortgagee, holds the reported interest in the mortgage, and therefore we would be entitled to protections to that mortgage, yes. Well, maybe I'm displaying my ignorance, but what other interest do you have of a practical value other than lien priority? Because if he files and gets a judgment for whatever reason, and he levies on a property you've mortgaged, would not you raise the defense that you have a prior security, and that his judgment gets behind you, and therefore the nomenclature is your lien takes priority? Your Honor, while I believe that that is true, as the register holder of the mortgage, MERS is entitled to those bona fide purchaser protections under the law. So while that may be true, they are still entitled to bona fide purchaser protections. Thank you. Thank you. Ms. Peterson, you may proceed. You have seven minutes. I don't know how you got two-and-a-half times or whatever she did. Luck of the draw. Good morning, Your Honors. May it please the Court. Jessica Peterson on behalf of ACWIN, who is representing JPMorgan Chase, the foreclosing lender in this case. I want to start by addressing Justice McLaren's question about what relief is being requested in this petition. Because if you go down the list of things the petitioner is asking for, none of it is available, which is why the trial court dismissed the petition in its entirety. Once you accept that the current owners are a bona fide purchaser, they're the only people in this case, or I'm sorry, there's one person, she's the only person in this case who has an interest in this property, and it's protected. There's nothing the plaintiff in this case or the petitioner can do to impact that right. Any justiciable issue between, at that point, the bank and the borrower is moot. Neither of these parties have an interest that we can do anything about. And the other thing I want to talk about in this case is the timing. The petitioner doesn't contest that he actually received this copy of the complaint summons in 2006, and the order confirming sale was entered in 2007. At no point did the petitioner do anything until filing this petition in September 12, 2018. That is like an 11 1⁄2 year difference that he could have exercised any rights he had and chose not to. And it's important because of what happened in those 11 1⁄2 years. The interest in the property is now completely vested in Ms. Scherzack. There's no longer a relationship between the bank and that property. So if this judgment were to be opened up, there's nothing we can't affect that interest. So that issue is moot. And you can continue to go down the list of things he requests, and none of them are available. He mentions restitution, but that's not an available option at this point for a couple of reasons, one of which is that a 214.01 petition is not an appropriate vehicle to request restitution. The petitioner even goes so far to say, as this court would be obligated, that it must order restitution if it quashes service, but he doesn't cite any case that actually deals with the 214.01 petition. We're not dealing with a situation where the bank was given an award from the petitioner. The parties are not in a different... Are you trying to say that the status quo ante is no longer a reality or a possibility? No, not necessarily, Your Honor. The status quo ante is just not, the petitioner doesn't have any benefit at this point. The status quo ante was the original foreclosure when the bank or the mortgagee had its lien priority, was attempting to foreclose on it to get maybe an efficiency judgment, and the plaintiff was attempting to preserve whatever interest he might have or equity in the property. And so if you can't return to that position with a 214.01, let's say we vacate the judgment, then what happens, in your opinion? If you vacate the judgment, then the foreclosure would be open. I don't think the bank could foreclose at that point. Again, only the bona fide purchasers now have interest in this property, so we haven't opened up foreclosure. When you say foreclosed, what do you mean? That's what would be open is the foreclosure action. To me, foreclosure means you go against the property. Yes. To obtain a judgment against the mortgagor for an outstanding loan, plus interest, plus what attorney's fees, whatever the contract says, you may have some cause of action, and then he may have some counterclaim. But that's a separate suit. Exactly, Your Honor. That would be a separate suit. Because 214.01 is a collateral proceeding. Correct. So at that point, which is why I think the petitioner is trying to shoehorn this claim for restitution into the 214.01 petition itself, because I think if we start talking about who can bring claims at what time, I think he'll find that there are several procedural hurdles to him being able to bring a claim, including statutes of limitations and the doctrine of latches, which at that point would certainly be in play if the court were to find that latches wasn't in play in this 214.01 petition itself. There's just nothing available for the petitioner here, given that the bona fide purchasers are the only people with an interest in this property. Which I think this line of thinking goes into how latches bars this petition itself. There are cases that suggest that a latches bars a collateral attack when the interest is now vested somewhere else. And I think both prongs of latches are clearly met here, the first being unreasonable delay. And I think approaching 12 years is unreasonable on its face. He doesn't contest that he actually received the complaint and the summons. He doesn't contest that he received all the notices that were mailed during the foreclosure action. Aren't you making arguments relating to a proceeding that hasn't even been filed yet? If we get to latches at that point, there actually is case law that you can decide latches at the pleading stage if it's clear from the face of the complaint that there was a delay and the delay is not explained in the complaint. And I think if you're ever going to apply that doctrine, this is a clear case where there's an 11 1⁄2 year delay where the petitioner did nothing, did nothing, did nothing, and now is trying to claim rights when current owners already have interest in the property and the foreclosure happened 11 1⁄2 years ago. Well, and of course, it's kind of a circle now that's unbroken. 214.01 is not designed for this particular, for the remedies requested. And therefore, if he were, you know, to explain or to explain some of these issues in the pleadings, then we could try to dismiss it on the issue of that this is not the right form, this is not the right pleading. It's a 2615, whatever. That's correct. But the fact that the borrower is now without a remedy is his own fault. He had 11 1⁄2 years to bring a new suit when he could have brought anything he wanted to the front of the court, when maybe the statute of limitations wouldn't have been in play or maybe when latches wouldn't have been an issue. Any questions? Thank you, Your Honors. Thank you. We'll take the case under advisement. Hold on. Oh, I'm sorry. That's right. Normally, we only have three. This time, we have five arguments. Just briefly, Your Honors, I want to address the, again, Merz argues that Rahman is right on point. However, in Rahman, it was never brought up the issue about the zip code being part of that affidavit or anywhere in the service documents. Also in Rahman, distinguishing away from Rahman is another case. It's CTSSNU Federal Credit Universe Johnson.  It said that even though there was an affidavit of service that said service was effectuated on a certain date and that they were appointed, the appointment didn't happen until after the service happened. That was held to be on the face of the record. Here, too, is a very similar situation. Because the order was in the file. The order appointing with the later date was in the file. Here, the... It had to be appointed, right? I believe so, Your Honor. I believe it was agreed that... Isn't that the basic fork in the road here? When it comes to bona fide purchaser protections, potentially. But here, again, the issue... The first issue that we have to address is, is there a void judgment or not? That's what the primary purpose of the 1401 is meant to accomplish. And if there's a void judgment, to vacate that void judgment. That's people versus Vincent. There are five outcomes. And while counsel says that the relief... My client would not be in a better position later on down the road if the court were to vacate the judgment. That's mere supposition. We don't know. We don't know what claims they have. They might have... I don't know what claims my client... Well, because you haven't pled anything that they could respond to. Well, we've pled the quash, Your Honor. And that's what we have to plead. It's the basis of the quash in the 1401. But then you ask for many things that wouldn't be available based upon a mere quash. And the proper relief to that would be to strike the purse for relief, not to dismiss the 1401. That would be the proper remedy. And that wasn't asked for. What the court did is... Could we do that? I'm sorry, Your Honor? Could we do that? To grant the... No, to quash. Can Your Honor do that? Could we dismiss your complaint on another basis? We can do anything the trial court can do. And Your Honors, can grant the 1401 quash service, find that the defect is apparent or not apparent on the face of the record, and strike the purse for relief thing? But we could... Couldn't we find that your remedies are not consistent with the action you're bringing? The very first three remedies are quash service, find that it's apparent on the face of the record, and find that the order is void of admission. That follows from the quash. So if Your Honors grant the first remedies that Your Honors feel that are appropriate in the 1401 and strike the remaining remedies as not relevant to the 1401... Then where are you? We're with possibly a cause of action for restitution, taking property without due process. I'm trying to figure out what the difference is between quashing. You said service, did you not? Correct, Your Honor. Vis-a-vis vacating the foreclosure, judgment, and sale. Without personal jurisdiction, the court can never enter a judgment against my client. Absent a judgment, a sale can never proceed to satisfy that judgment. So quashing service would have to include vacatur of the judgment of foreclosure and the sale. The step-by-step... My theory is that normally at 214-01, I've never seen a 214-01 that asks that service be quashed. Every single 1401 I've seen relates to seeking relief from a judgment. And so tell me again why you're asking to quash a service as opposed to seeking to vacate a judgment, whatever judgment it might be. The basis of challenging the judgment is that the court lacked personal jurisdiction. How we get to the personal jurisdiction issue is by raising the quash. We can't attack the judgment and say, well, the judgment is void without getting to the quash. We have to necessarily allege the quash. Absent that, Your Honor, we're left with a... So you're telling me that you don't believe that a 1401 that claims that the judgment was void for lack of personal jurisdiction, and therefore the two-year time limit does not apply, and therefore you're not entitled to get the judgment vacated? I'm sorry. My attention span is fading. So 214-01 has a two-year limit. Correct, Your Honor. The limit doesn't apply when the judgment is void. Correct, Your Honor. Your allegations are that the judgment was void, is it not?  And it's void because of improper service. Correct, Your Honor. So why are you talking about quashing a service when you really should be talking, if we're talking the Section 1401, vacating the judgment on the basis that the trial court lacked personal jurisdiction and then putting in one of your counts a statement or allegations that the service was improperly affected and personal jurisdiction was never retained, and therefore you want the foreclosure and sale judgment vacated? I don't get this argument about why you want the service quashed. Let's say for hypothetical purposes, Your Honor, if we vacate the judgment, does that mean that they now have to serve Ms. Robinson again? Because service was not quashed in that hypothetical. If they want to obtain a personal judgment against him, maybe the foreclosure entered a deficiency. Maybe they might want it. Maybe they won't, based upon the contract and not necessarily on the note. I don't know. I just know that you're asking for something that I've never heard of, and I'm trying to understand why you're asking for it. It is my impression under 1401 and the case law interpreting it, BAC v. Mitchell, that what happens is to be able to have standing to challenge a judgment based on voidness, we have to allege one of two things, lack of personal jurisdiction, lack of subject matter jurisdiction. I can't, in a pleading, simply say the court lacked personal jurisdiction over my client. I have to allege the facts that give rise to that conclusory statement and then seek to quash service. Once the service is quashed, everything else follows. I guess we're talking in a circle, Your Honor, because I don't know how else to do it. In other cases that I've read that are in the briefs, it is a motion to quash under 1401, and then the quash is granted, the judgments are vacated, the sale is invalidated. That's the process that I am familiar with. I don't know the process here. Well, you may be right. I'm just not familiar with the process of quashing when the claim of lack of jurisdiction relates to whether or not the judgment was void or not, and a 1401 is supposed to be a collateral attack on a judgment. Yes. Not on a service. The collateral attack on the judgment is the basis for the collateral attack is the lack of jurisdiction. That should be in the body of your petition stating this is the basis for why the judgment was void. We do say that, Your Honor, in the petition. The petition actually says that service was effectuated by an unappointed individual, that there's no order appointing, that the defect is apparent on the face of the record, that the court never had jurisdiction over my client. Well, one of the really interesting things that you're asking for is that we quash service, and then your very last one is we put this case on hold, which means Mr. Robinson can't be served until such time as restitution is made. You are – you're trying to put handcuffs on everybody except Mr. Robinson. Not handcuffs, Your Honor. I'm just trying to proceed as how I interpret the law. How the law says is if the – if due process is found to have been violated, the judgment is void. What ends up happening is the parties have to be returned to status quo. But status quo would be that he – they should be able to serve him, and you're asking that he not be able to be served. Have title to the property, and everything is undone that was wrongfully done. And until that happens, the due process violation, in my opinion, is not rectified. By simply – It may have procedurally been wrongfully done, but it wasn't necessarily substantively wrongly done. And your client may end up owing more money upon a merit determination of the case than the mortgagee that supposedly foreclosed on the mortgage. In this case, Your Honor, there's no note attached to the complaint. Why would there need to be now if it's merely a contract, if the property isn't going to actually be foreclosed? They have no contract. They have no contract either? If they have no note, how did they – how did they get judgment? One, absent personal jurisdiction. He didn't appear. And he has not claimed that he did not receive service. Service was improper. Knowledge of the case. No, no, he didn't say, I was never served. The kicker is they don't necessarily have to foreclose again because they don't have title, they don't have interest. You're attempting to suggest that this thing is going, like, monopoly. We're going to go back to go. Everybody's going to get the bankroll, and when you come around once, you get $200. No. The reality of the situation doesn't exist like that anymore. And as you said, there's no note. Well, all that means is they can't sell the property at a sheriff's sale. It doesn't mean they can't get a judgment against your client unless they don't have the contract. The note is the obligation. If they don't have the obligation, there can be no collection. Well, I'll send you a bill. This is the last case on the call. And this time, I believe all the arguments have been made. It's been completed. And so court is adjourned. Thank you very much. Thank you.